Donald S. Burris (SBN 68523)
E. Randol Schoenberg (SBN 155281)
Laura G. Brys (SBN 242100)
BURRIS & SCHOENBERG, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Telephone: (310) 442-5559
Facsimile: (310) 442-0353

Lawrence M. Kaye (Pro Hac Vice)
Darlene Fairman (Pro Hac Vice)
Frank K. Lord, IV (Pro Hac Vice)
HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

Attorneys for Plaintiff
MAREI VON SAHER

ORIGINAL

FILED
2007 NOV 13 AM 11:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAREI VON SAHER,<br><br>Plaintiff,<br><br>v.<br><br>NORTON SIMON MUSEUM OF ART AT PASADENA, NORTON SIMON ART FOUNDATION, and THE NORTON SIMON FOUNDATION,<br><br>Defendants. | Case No. CV 07-02866 (JFW JTLx)<br><br>Hon. John F. Walter<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>ORDER ENTERED: October 18, 2007<br><br>Complaint Filed: May 1, 2007 |

**NOTICE IS HEREBY GIVEN** that Plaintiff Marei Von Saher, ("Plaintiff"), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the district court granting Defendants' motion to dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6) for failure to state a claim for which relief can be granted, entered in this case on October 18, 2007.

The appellees against whom this appeal is taken is Norton Simon Museum of Art at Pasadena and Norton Simon Art Foundation, the Defendants herein. Attached hereto as Exhibit "A" is Appellants' Representation Statement.

DATED: November 13, 2007

BURRIS & SCHOENBERG LLP

By: [signature]
DONALD S. BURRIS

Attorneys for Plaintiff
MAREI VON SAHER

Donald S. Burris (SBN 68523)
E. Randol Schoenberg (SBN 155281)
Laura G. Brys (SBN 242100)
BURRIS & SCHOENBERG, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Telephone: (310) 442-5559
Facsimile: (310) 442-0353

Lawrence M. Kaye (Pro Hac Vice)
Darlene Fairman (Pro Hac Vice)
Frank K. Lord, IV (Pro Hac Vice)
HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

Attorneys for Plaintiff
MAREI VON SAHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAREI VON SAHER,<br><br>Plaintiff,<br><br>v.<br><br>NORTON SIMON MUSEUM OF ART AT PASADENA, NORTON SIMON ART FOUNDATION, and THE NORTON SIMON FOUNDATION,<br><br>Defendants. | Case No. CV 07-02866 (JFW JTLx)<br><br>Hon. John F. Walter<br><br>**REPRESENTATION STATEMENT**<br><br>ORDER ENTERED:<br>October 18, 2007<br><br>Complaint Filed:<br>May 1, 2007 |

The undersigned represents Marei Von Saher, Plaintiff-Appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

DATED: November 13, 2007

BURRIS & SCHOENBERG LLP

By: Donald S. Burris
DONALD S. BURRIS

Attorneys for Plaintiff
MAREI VON SAHER

## SERVICE LIST

**ATTORNEYS FOR PLAINTIFF/APPELLANT**

Donald S. Burris
E. Randol Schoenberg
Laura G. Brys
BURRIS & SCHOENBERG, LLP
12121 Wilshire Blvd, Suite 800
Los Angeles, CA 90025

Lawrence M. Kaye (Pro Hac Vice)
Darlene Fairman (Pro Hac Vice)
Frank K. Lord, IV (Pro Hac Vice)
HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, NY 10016

**ATTORNEYS FOR DEFENDANTS/APPELLEES NORTON SIMON MUSEUM OF ART AT PASADENA AND NORTON SIMON ART FOUNDATION**

Ronald L. Olson
Luis Li
Paul J. Watford
Fred A. Rowley, Jr.
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 12121 Wilshire Boulevard, Suite 800, Los Angeles, California 90025. On November 13, 2007, I caused the foregoing document described as: **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT AND ATTACHED REPRESENTATION STATEMENT; CIVIL APPEALS DOCKETING STATEMENT; and PROOF OF SERVICE** to be served on the interested parties in this action, as follows:

Ronald L. Olson, Esq.
Luis Li, Esq.
Paul J. Watford, Esq.
Fred A. Rowley, Jr., Esq.
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

by placing the original a true copy thereof enclosed in a sealed envelope addressed as follows:

√ **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

EXECUTED on November 13, 2007 at Los Angeles, California.

Vaniesha Smith