RONALD L. OLSON (State Bar No. 44597)
*ron.olson@mto.com*
LUIS LI (State Bar No. 156081)
*luis.li@mto.com*
FRED A. ROWLEY, JR. (State Bar No. 192298)
*fred.rowley@mto.com*
E. MARTIN ESTRADA (State Bar No. 223802)
*martin.estrada@mto.com*
ERIC P. TUTTLE (State Bar No. 248440)
*eric.tuttle@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

JS-6

Attorneys for Defendants
NORTON SIMON MUSEUM OF ART
AT PASADENA and NORTON SIMON
ART FOUNDATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAREI VON SAHER,<br><br>    Plaintiff,<br><br>    vs.<br><br>NORTON SIMON MUSEUM OF ART AT PASADENA, et al.,<br><br>    Defendants. | Case No. CV 07-2866 JFW (SSx)<br><br>**JUDGMENT**<br><br>Courtroom:  16<br>Judge:  Hon. John F. Walter |

Defendants' Motion for Summary Judgment [Docket No. 186] was submitted for decision by this Court on the papers on August 1, 2016. The evidence presented having been fully considered, the issues having been duly heard, and a decision [Docket No. 331] having been duly rendered,

IT IS ORDERED, ADJUDGED, AND DECREED that:

(1) (a) Norton Simon Art Foundation, defendant in this action, is the sole owner of the title to the personal property described as the oil on panel paintings "Adam" and "Eve" by Lucas Cranach the Elder (the "Cranachs").

(b) Plaintiff has no right, title, or interest whatever in the Cranachs.

(c) No person has any right, title, or interest in the Cranachs that is superior or adverse to the Norton Simon Art Foundation's title as decreed in this judgment.

(2) Plaintiff Marei von Saher take nothing, the action be dismissed on the merits in its entirety with prejudice, and defendants Norton Simon Museum of Art at Pasadena and Norton Simon Art Foundation recover their costs.

DATED: August 15, 216

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE